UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 May. 12496 (JCM)

Victor Gustavo Gonzalez- Tejada    Defendant(s).
-----------------------------------------------------------------X

Defendant <u>Victor Gonzalez- Tejada</u> hereby voluntarily consents to participate in the following proceeding via  <u>x</u>  videoconferencing or ___ teleconferencing:

<u>x</u>   Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

/s/ Victor Gustavo Gonzalez-Tejada by JCM
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_[signature]_
_____
Defendant's Counsel's Signature

  Victor Gustavo Gonzalez-Tejeda
Print Defendant's Name

Margaret M. Shalley
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/20/2020
_____
Date

_[signature] Judith C. McCarthy_
_____
U.S. District Judge/U.S. Magistrate Judge